UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60925-CIV-GOLD/GOODMAN

PATRICIA L. NICHOLAS,

    Plaintiff,

v.

BRONSON & MIGLIACCIO, LLP,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

This cause is before the Court on Plaintiff's Motion to Compel Discovery. [ECF No. 54]. During the March 16, 2012 discovery hearing held on this motion, Defendant's corporate representative, Patrick Bergmann, stated that Defendant (or its successor law firm) would today mail responses to the discovery at issue in the motion to compel. Mr. Bergmann also stated that Defendant would provide substantive responses and relevant documents and would not object to any of the discovery requests.[1]

Consequently, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's motion to compel is **GRANTED**. Defendant shall today mail its responses to the discovery at issue in the motion to compel, as its corporate representative stated it would do.

**DONE and ORDERED**, in Chambers, at Miami, Florida this 16th day of March, 2012.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Alan S. Gold
United States District Judge
All counsel of record

---

[1] Mr. Bergmann also stated that he was an attorney admitted in New York and New Jersey and was making all representations to the court in his other capacity as an attorney.